# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCARTHY BUILDING COMPANIES, INC., <br>    Plaintiff, <br> <br> v. <br> <br> MT. HAWLEY INSURANCE COMPANY, <br>    Defendant. | CV 20-7540 DSF (AFMx) <br> <br> JUDGMENT |

The Court having granted Defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 25, 2021

Dale S. Fischer  
United States District Judge